**Electronically Filed
Supreme Court
SCWC-19-0000026
15-APR-2021
10:36 AM
Dkt. 11 ODAC**

SCWC-19-0000026

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

TAD MASON, Petitioner/Petitioner-Appellant,

vs.

HAWAI'I PAROLING AUTHORITY and STATE OF HAWAI'I,
Respondents/Respondents-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000026; S.P.P. NO. 18-1-001; CR. NO. 93-349)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Petitioner-Appellant's Application for Writ of Certiorari filed on March 8, 2021, and deemed to be filed on March 10, 2021, is hereby rejected.

DATED: Honolulu, Hawai'i, April 15, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

